FILED'11 APR 11 15:07USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

STEPHANIE K. HUNTS, dba
RAINBOW PRODUCTS,

        Plaintiff,

   v.

LARRY D. HUNTS, et al.,

        Defendants.

Civ. No. 11-3028-CL

**TEMPORARY RESTRAINING ORDER**

**PANNER, District Judge:**

    Based on the record, including the declaration of plaintiff, I conclude that plaintiff is entitled to a temporary restraining order effective from 2:00 p.m. on April 11, 2011, until 5:00 p.m. on April 13, 2010. Plaintiff has shown that without a temporary restraining order, she may suffer irreparable injury because of defendants' alleged unauthorized use of the Magformers

1 - TEMPORARY RESTRAINING ORDER

and Rainbow Products trademarks. Plaintiff has also shown that her injuries would significantly outweigh any injuries suffered by defendants because of this temporary restraining order.

Defendant Larry D. Hunts is prohibited from (1) using the Magformers or Rainbow Products marks in commerce in any way, including selling or claiming ownership of the marks; (2) using any of Rainbow Products' other intellectual property, including doing business as Rainbow Products or using the domain names magneticcity.com, magformers.com, pyramags.com and magxl.com; (3) accessing any of Rainbow Products' bank accounts, credit cards, or lines of credit, or any of Rainbow Products' records, customer lists, post office box, or physical facilities; and (4) interfering with any of plaintiff's economic relationships. Defendant Larry D. Hunts is ordered to provide an accounting of any checks or other documents taken from the Rainbow Products post office box. Defendant Larry D. Hunts is ordered to appear in this court on Wednesday, April 13, 2011, at 1:30 p.m. to show cause why this court should not issue a preliminary injunction in accordance with this temporary restraining order.

IT IS SO ORDERED.

DATED 2:00 p.m. on this 11th day of April, 2011.

*(signed)* Owen M. Panner

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - TEMPORARY RESTRAINING ORDER