FILED'11 JUL 18 12:22USDC-ORM

Dominic M. Campanella (OSB No. 042558)
Mark R. Weaver (OSB No. 964530)
BROPHY, SCHMOR, BROPHY, PARADIS,
MADDOX & WEAVER, LLP
201 West Main, 5th floor P.O. Box 128
Medford, OR 97501
Telephone: (541) 772-7123
Facsimile: (541) 772-7249
E-mail: dcampanella@brophylegal.com
E-mail: mweaver@brophylegal.com

Mark R. Gaylord (Utah Bar #5073—Admitted *Pro Hac Vice*)
Jason D. Boren (Utah Bar #7816—Admitted *Pro Hac Vice*)
BALLARD SPAHR LLP
201 South Main Street, Suite 800
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
E-mail: gaylord@ballardspahr.com
E-mail: borenj@ballardspahr.com

Attorneys for Plaintiff/Counterclaim-Defendant Stephanie K. Hunts dba
Rainbow Products

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **STEPHANIE K. HUNTS, DBA RAINBOW PRODUCTS,** | |
| **Plaintiff,** | **ORDER DISMISSING CLAIMS WITHOUT PREJUDICE** |
| v. | |
| **LARRY D. HUNTS, an individual and DOE DEFENDANTS 1-10,** | **Case No.: 1:11-cv-03028-CL** |
| **Defendants.** | |
| v. | |
| **STEPHANIE K. HUNTS, an individual, GARY HOWLAND, an individual,** | |

**STEPHANIE K. HUNTS, DBA RAINBOW PRODUCTS, an Oregon sole proprietorship, MAGFORMERS, L.L.C., a Utah limited liability company, and RAINBOW PRODUCTS, L.L.C., Utah limited liability company,**

**Counterclaim-Defendants.**

Based on the Joint Motion and Stipulation of the parties, and for good cause appearing, it is hereby ORDERED as follows:

1.    All claims asserted in this action against Larry D. Hunts, Jr. ("Defendant") by Stephanie K. Hunts ("Plaintiff") are hereby dismissed, without prejudice, the parties to bear their respective costs and attorney's fees;

2.    All counterclaims asserted in this action against Plaintiff, Gary Howland, Magformers, L.L.C. and Rainbow Products, L.L.C. (together, "Counterclaim Defendants") are hereby dismissed, without prejudice, the parties to bear their respective costs and attorney's fees.

DATED this _10_ day of _July_, 2011.

BY THE COURT:

_[signature]_

Honorable Owen Panner